UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1556
(8:20-cv-02004-JRR)

_____

NEW ENGLAND ANTI-VIVISECTION SOCIETY; ANIMAL LEGAL DEFENSE FUND

      Plaintiffs - Appellees

v.

ELIZABETH GOLDENTYER, Deputy Administrator; THOMAS JAMES VILSACK, Secretary United States Department of Agriculture

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk